UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  *Plaintiffs*,<br><br> v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>  *Defendants*. | Civil Action No. 26-cv-00071 (CJN) |
| EMPIRE LEASEHOLDER LLC, *et al.*,<br><br>  *Plaintiffs*,<br><br> v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>  *Defendants*. | Civil Action No. 26-cv-00004 (CJN) |

**ORDER**

Plaintiffs State of New York and the New York State Energy Research and Development Authority (together, New York) move to consolidate this case with *Empire Leaseholder LLC v. Burgum*, 26-cv-00004-CJN. ECF No. 13. Having considered the record and relevant caselaw, the Court concludes that consolidation is warranted.

Accordingly, it is hereby

**ORDERED** that New York's motion, ECF No. 13, is **GRANTED**.

2

    The Clerk of Court is directed to (1) consolidate *Empire Leaseholder LLC v. Burgum*, 26-cv-00004-CJN, and *New York v. Burgum*, 26-cv-00071-CJN, for all purposes and (2) file a copy of this order in both cases.

    All future filings shall be made in *Empire Leaseholder LLC v. Burgum*, 26-cv-00004-CJN.

    It is **SO ORDERED**.

DATE:  January 30, 2026

CARL J. NICHOLS  
United States District Judge